IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
(SPRINGFIELD SOUTHERN DIVISION)

JENNIFER BUMETER, )
and ERIC MEIER, )
)
    Plaintiffs, )
) Federal Cause No.:    6:23-cv-03015-BCW
v. )
)
MACO MANAGEMENT CO., INC., )
and SUMMERSVILLE ESTATES, L.P., )
)
    Defendants. )

## **MOTION TO REMAND ACTION TO STATE COURT**

COME NOW, Plaintiffs JENNIFER BUMETER and ERIC MEIER (collectively, "Plaintiffs"), by and through their undersigned counsel, and for their Motion to Remand Action to State Court, state as follows:

1. On November 9, 2021, Plaintiffs filed a petition ("Petition") against Defendants Maco Management Co., Inc. ("Defendant Maco"), and Summersville Estates L.P. (collectively, "Defendants") with the Circuit Court of Texas County, State of Missouri, bearing Cause Number 21TE-CC00360.

2. On December 21, 2022, Plaintiffs filed a Motion for Leave to File Second Amended Petition, attaching their Second Amended Petition as Exhibit A.

3. In their Second Amended Petition, Plaintiffs allege Negligence Per Se pursuant to 7 CFR § 3560 against Defendant Maco (Count I), Wrongful Death against Defendants pursuant to RSMo § 537.080 (Counts II and III), and pleading in the alternative to Counts I, II, and III, Negligent Hiring by Defendants (Count IV).

4. On December 29, 2022, the Texas County Circuit Court granted Plaintiff's Motion for Leave and granted Defendants 30 days to respond.

5. On January 12, 2023, Defendants filed a Notice of Removal seeking to remove this case from the Circuit Court of Texas County, State of Missouri, to this Court.

6. Defendants' Notice of Removal was based upon the alleged existence of a federal question and regulation of commerce, pursuant to 28 USC §§ 1331, 1337, 1441, and 1446.

7. Defendants, as the party who filed the Notice of Removal, have the burden to prove that federal jurisdiction is proper at all stages of litigation. *Hartridge v. Aetna Cas. & Sur. Co.*, 415 F.2d 809, 814 (8th Cir. 1969)

8. This case is not removable subject to federal jurisdiction under the federal question removal statute 28 U.S.C. §§ 1331 and 1441(a) because there is no substantial, disputed question of federal law and there is no private cause of action created under 7 CFR 3560. *Merrell Dow Pharm. Inc. v. Thompson*, 478 U.S. 804 (1986).

9. This case is not removable subject to the regulation of commerce under 28 U.S.C. §§ 1337 and 1446 because Plaintiffs do not bring a claim to enforce "any Act of Congress."

10. Defendants filed the Notice of Removal on January 12, 2023. This Motion is filed "within 30 days after the filing of the notice of removal" and is timely filed pursuant to 28 U.S.C. § 1447(c).

11. The remand of this action in no way prejudices Defendants or their Motion to Dismiss filed on January 18, 2023; as such can be taken up and heard by the Circuit Court of Texas County.

WHEREFORE, Plaintiffs Jennifer Bumeter and Eric Meier respectfully move this Court to remand this matter to the Circuit Court of Texas County, Missouri, and for any such other and further relief as this Court deems just and equitable under the circumstances.

Respectfully Submitted,

KLAR, IZSAK & STENGER, L.L.C.

By: /s/ Brandon J. Klar
    BRIAN D. KLAR       #36430
    BRANDON J. KLAR   #72884
    RICHARD E. HANSON  #69589
    *Attorneys for Plaintiff*
    1125 Olivette Executive Parkway
    Suite 120
    St. Louis, Missouri, 63132
    Phone: (314) 863-1117
    Fax:    (314) 863-1118
    Email: bklar@lawsaintlouis.com
           bjklar@lawsaintlouis.com
           thanson@lawsaintlouis.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of February, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of record and sent via electronic mail to the following:

Craig R. Klotz
Marie F. Pudlowski
CHILDRESS ALHEIM CARY LLC
1010 Market Street, Suite 500
St. Louis, Missouri 63101
cklotz@jchildresslaw.com
mpudlowski@jchildresslaw.com
*Attorneys for Defendants*

           /s/Brandon J. Klar